UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUANITA MCDOWELL,**<br><br>　Plaintiff,<br><br>　v.<br><br>**THE GOVERNMENT OF THE DISTRICT OF COLUMBIA,** *et al.*<br><br>　Defendants. | Civil Action No. 02-1119 (RWR/JMF) |

ORDER

It is, hereby,

**ORDERED** that an evidentiary hearing will be held on October 3, 2005 at 2:00 p.m. The purpose of the evidentiary hearing is to resolve any outstanding discovery matters. Specifically, the District of Columbia will be required to present witnesses and/or document to establish that they have complied with all outstanding discovery orders while plaintiff will be expected to present evidence to the contrary. Neither party will be permitted to file any additional discovery motions until after the evidentiary hearing and resolution of all currently outstanding discovery motions.

A courtroom will be determined at a later date.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**JOHN M. FACCIOLA**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

Date: