**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

**JUANITA MCDOWELL,**

    **Plaintiff,**

    **v.**

**THE GOVERNMENT OF THE
DISTRICT OF COLUMBIA,** *et al.*

    **Defendants.**

</td><td>

**Civil Action No. 02-1119
(RWR/JMF)**

</td></tr>
</table>

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that Plaintiff's Renewed Motion to Compel Production of Spreadsheet and PD163s, Incorporating Points and Authorities [#81] is **GRANTED IN PART AND DENIED IN PART.** It is further, hereby,

**ORDERED** that Plaintiff's Motion for Leave to File Supplement to to [sic] Renewed Motion to Compel Production of Spreadsheet and PD 163s [#82] is **GRANTED.** It is further, hereby,

**ORDERED** that Plaintiff's Second Motion to Amend Plaintiff's Motion to Compel Production of Spreadsheet Required by this Court's Order Dated January 26, 2005 (Docket #63), Incorporating Points and Authorities [#89] is **GRANTED IN PART AND DENIED IN PART.** It is further, hereby,

**ORDERED** that The Defendants the District of Columbia and Shanita Williams' Motion for a Protective Order and/or Reimbursement of Costs [#94] is **DENIED.** It is further, hereby,

**ORDERED** that The Defendants District of Columbia and Shanita Williams' Motion to Enlarge the Time in Which to File Their Reply to Plaintiff's Opposition to their Motion for a Protective Order and Plaintiff's Memorandum Regarding Discovery [#99] is **DENIED**.  It is further, hereby,

**ORDERED** that The Defendants' District of Columbia and Shanita Williams' Motion to Enlarge the Time in Which to File Their Reply to Plaintiff's Oppositon [sic] to Memorandum Regarding Hearing [#100] is **DENIED**.  It is further, hereby,

**ORDERED** that The Defendants' District of Columbia and Shanita Williams' Motion to Enlarge the Time in Which to File Their Reply to Plaintiff's Oppostion [sic] to their Motion for a Protective Order [#101] is **DENIED**.  It is further, hereby,

**ORDERED** that, within five days of the date of this Order, defendants submit to the court and plaintiff, in writing, an updated projection as described on pages 21-22 of the Memorandum Opinion.  It is further, hereby,

**ORDERED** that, within 20 days of the date of this Order, plaintiff submit to the court a detailed report identifying the amount of attorneys' fees and costs that have been expended since February 3, 2003 in attempting to secure the PD 163's described in Exhibit 2 at 5, 15-16 to Plaintiff's Motion to Compel Defendant District of Columbia to Respond to Plaintiff's Document Production Requests, Incorporating Points and Authorities.  Defendants will have 10 days within which to respond to the reasonableness of such fees.  At that point, the court will decide which fees defendants will be required to reimburse.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: