# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUANITA MCDOWELL,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**THE GOVERNMENT OF THE DISTRICT OF COLUMBIA,** *et al.*<br><br>    **Defendants.** | Civil Action No. 02-1119 (RWR/JMF) |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that, within ten days of the date of this Order, defendants reimburse plaintiff in the amount of $72,910.12.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Date: